# EXHIBIT 1

**Statement of ENS Alexis D. Wilde, USCG, concerning the boarding of the unnamed Low Profile Vessel (LPV) on October 02, 2017.**

I, Alexis D. Wilde, am a trained and qualified Over-the-horizon (OTH) Mark IV Pursuit Mission Commander (PMC) and Boarding Officer (BO) assigned to the United States Coast Guard Cutter (USCGC) ACTIVE. As a PMC, my duties include coordinating the Law Enforcement (LE) mission between the Coast Guard pursuit boat I am embarked on with other LE assets involved in the case and assisting with ensuring all required steps are met during a non-compliant vessel pursuit. As BO, my duties include conducting law enforcement activities such as determining violations of law, conducting searches and seizures, and affecting arrests. In October 2017, USCGC ACTIVE, one of the Coast Guard's Medium Endurance Cutters, was on routine patrol in the Eastern Pacific Ocean and tasked with interdicting vessels illegally smuggling narcotics or engaged in other illicit activity.

On the afternoon of October 02, 2017, I was briefed that a Marine Patrol Aircraft (MPA) had detected a suspicious vessel in the vicinity of USCGC ACTIVE. During the brief I was told that the vessel was a low profile vessel (LPV), with 04 outboard engines and at least 02 persons on board (POB). Similar to Self-Propelled Semi-Submersibles (SPSS), vessels of this style are frequently used throughout the Eastern Pacific Ocean for the purpose of smuggling contraband because they are so difficult to detect.

I was assigned to a team of five other members and was tasked with intercepting the vessel. The team consisted of Officer Stadmeyer as the Pursuit Coxswain, myself as the PMC/BO, Officer Spies as the Boat Engineer, Officer Ramos as the Boarding Team Member (BTM), Officer Frazier as the Pursuit Gunner and BTM and Officer Guevara as the Translator. The Boarding Team would later be composed of Officer Ramos and myself. I was informed that the MPA was running out of time but that a Statement of No Objection (SNO) was granted to use

warning shots and disabling fire if necessary to conduct a Right of Visit (ROV) boarding, in accordance with international law. We embarked on USCGC ACTIVE's Over-the-Horizon (OTH) MK-IV small boat before launching at approximately 1920Z. Winds were out of the southwest at approximately 17 knots, with mostly cloudy skies. The seas were two feet in height and swells were four to six feet, both also out of the southwest. The air temperature was approximately 84 degrees Fahrenheit.

While enroute to the LPV, I received notification over the radio from USCGC ACTIVE that the SNO previously granted had been revoked and that we would need to request a new one once we have visual of the vessel. A few minutes later, I received notification that USCGC ACTIVE had acquired the LPV visually and that D11 had granted an SNO for ROV boarding to include the use of warning shots and disabling fire to compel compliance pursuant to international law. With the help of the cutter, our small boat was able to maneuver to intercept the LPV. At approximately 2035Z, we visually acquired the LPV and I saw 02 POB on the aft deck. No signs or indicia of nationality were visible, and the LPV had a gray hull and looked to be riding very low in the water. 04 75-horsepower Yamaha outboard engines were mounted on the stern. Officers Ramos, Frazier, Guevara and myself moved to the forward portion of the OTH and began telling the crew to come out. The translator asked if the LPV was flooding (answer received was no) and if there were any other people below, to come out. 02 more people came out for a total of 04 POB. The translator then asked who the master was and Neder Quinones Vivas raised his hand. Due to the sea state, I requested to bring the LPV crew aboard our OTH small boat to conduct the ROV boarding. The Coxswain moved to carefully embark all 04 POB. Once onboard the OTH, all members were handcuffed, frisked and then any crewmembers without a lifejacket were provided one for safety.

**Statement of ENS Alexis D. Wilde, USCG, concerning the boarding of the unnamed Low Profile Vessel (LPV) on October 02, 2017.**

I got out the ROV Report to begin questioning with the help of my Translator. Officer Guevara again confirmed who the master was and asked regarding nationality for himself and the vessel. The master replied Colombian. I reported verbal claim of Colombian nationality back to the cutter. Two other members claimed Colombian nationality and the fourth member claimed Ecuadorian. Once all questions from the ROV report had been asked, we procured identification cards from all persons. I passed the IDs and ROV report back to the cutter.

At approximately 2341Z, I received notification that the LPV was being treated without nationality and we were authorized to conduct a full Law Enforcement boarding. Officer Ramos and myself embarked the LPV and commenced an Initial Safety Sweep (ISS) to verify the overall safety and seaworthiness of the vessel. I informed USCGC ACTIVE upon completion of the ISS and reported that black wrapped bales were found. As Officer Ramos and I were conducting the ISS, the small boat was instructed to bring the LPV crewmembers back to the cutter to be treated as suspects.

Several of the bales were within arms reach of the hatch. I was able to cut through the plastic wrapping of one bale to expose numerous red-taped, rectangular packages. I cut a red package away from the others and conducted 2 NIK tests, which both tested positive for cocaine. I reported the findings back to ACTIVE and requested a destructive search of the LPV to locate the rest of the contraband. 05 bales were taken out of the main cabin and loaded into the OTH. ACTIVE passed that we were authorized to cut a 4' x 4' hole in the forward portion of the LPV. Officer Ramos and I drilled the hole and upon lifting the fiberglass panel up, many bales were uncovered. Over the next few hours, Officer Ramos and I unloaded 64 more bales (for a total of 69) into the OTH.

**Statement of ENS Alexis D. Wilde, USCG, concerning the boarding of the unnamed Low Profile Vessel (LPV) on October 02, 2017.**

At 0447Z (03OCT17), I reported ASSA complete and requested to disembark the vessel due to deteriorating weather conditions and officer safety. Minutes later, Officer Ramos and I disembarked the LPV and returned to the cutter.

This statement is true to the best of my knowledge.


Alexis D. Wilde, ENS

17CR3399-CASEPACK-000023

# Statement of Officer Alexander G. Ramos, USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) on October 02, 2017.

I, Alexander G Ramos, am a trained and qualified Boarding team member (BTM) assigned to the CGC Active. As a BTM, my duties include conducting law enforcement activities such as determining violations of law, conducting searches and seizures, and affecting arrests. In October 2017, CGC Active was on routine patrol in the Eastern Pacific Ocean, tasked with interdicting vessels illegally smuggling narcotics, or involved in other illegal activity.

Approximately 1830z I attended a brief after LE phase 1 was set. During the brief I heard that a marine patrolling aircraft (MPA) had spotted a target of interest (TOI) and the CGC Active was on an intercept course to the TOI. The vessel that was described during the brief was a grey low profile vessel (LPV) with 04 outboard engines. Approximately 1905z LE Phase2 was set the boarding team and the boat crew consisted of BM2 Stadmeyer as the coxswain, MK3 Spies as boat engineer, Officer Wilde as the Boarding Officer (BO)/ Pursuit Mission Commander(PMC), Officer Ramos as Boarding team member (BTM) Assisting Boarding Officer(ABO), Officer Frazier as BTM/pursuit gunner, and DC2 Guevara as that translator.

Approximately1920 I was in the mark 4 a over the horizon boat (OTH) with the boat crew and the rest of the boarding team. Soon as we hit the water we were off to intercept the LPV. Approximately 2035z we intercepted the LPV and saw 02 crew members standing on the aft deck of the LPV giving them task directions to put their hands up. We then saw an additional 02 crew members of the TOI come out of the aft scuttle. In total there were 04 crew members of the LPV. I had instructed DC2 Guevara to ask them in Spanish these 3 questions, is the vessel sinking? They replied no, next question who is the master? an individual said he was the master, he was wearing an all black rain gear

with a grey and blue life jacket and looked older than the rest of the crew. Then next question was would you like to make a claim of nationality? He replied Columbian. After DC2 Guevara had asked all the questions I was instructed to bring them over to the OTH since there vessel was unsafe to be on. Approximately 2044z the LPV crew was on the OTH I conducted a frisk on 02 of the LPV crew members to insure they weren't carrying any weapons. We then handcuffed them and ensured they were all wearing life jackets to ensure the safety of the boarding team and the LPV crew. Approximately 2110z Officer Wilde and I were conducting the Right Of Visit boarding (ROV) questions to the master. I collected the masters and the other crew members ID's, The LPV Crew names were MASTER NAME: NEDER QUINONES VIVAS, crewmember: OSCAR OSWALDO VILLAMAR MORAN, crewmember: NOLBERTO OROBIO BERMUDEZ, and crewmember: YEISON RENTERIA VALENCIA.

Approximately 2341z I heard over the radio CGC Active say we have Permission to treat the LPV without nationality (TWON) and conduct a full Law enforcement (LE) boarding of the vessel. Approximately 0021z Officer Wilde and I embarked onto the LPV to conduct the LE Boarding, over the radio I heard that the OTH had dropped off the 04 crewmembers of the LPV and to treat them as suspects. I started to conduct the initial safety sweep (ISS) of the LPV, there was only one entry and exit point on the LPV which is a hatch to the rear of the vessel, which was about 3ft x 3ft. I entered the small coxswain/crew area and had found 02 scuttling vales in the small crew area and ensured they were closed I ensured there weren't any other safety hazards at approximately 0025z I had completed the ISS of the LPV and determined it was safe to be on.

# Statement of Officer Alexander G. Ramos, USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) on October 02, 2017.

After completion of the ISS I had noticed Black burlap sacks also called bales were stuffed in between 2 fuel tanks they were packed so tight I couldn't see how far they went into this through stowage area while coming out if the coxswain slash crew area noticed 05 burlap sacks packed behind the coxswain bench. In my LE career I have seen packaging like this before and they carried contraband in them. Approximately 0115z Officer Wilde and I removed a small brick from one of the bales that sat behind the rear coxswain seat bench, after I saw her cut away the black burlap sack material exposed a red packaging kilo we extracted one of the kilos from the black burlap sack, the Kilos bricks size was approximately 8inx6inx2incovered in red packaging. I removed the Narcotics Identification Kit test (NIK) from the boarding kit I grabbed test Kit G which is for cocaine. Approximately 0121z I witnessed Officer Wilde conduct 02 NIK Test and both came back positive for cocaine.

Approximately 0125z Officer Wilde and I both agreed to request for a destructive search on the forward bow area of the LPV and be able to locate the rest of the bales of contraband. Approximately 0153z I heard that we had permission cut a 4ft x 4ft piece out of the LPV'S bow. Approximately 0228z I started to drill 4 starter holes into the forward bow area of the LPV, then I used a sawing tool to cut out the 4ft x 4ft square out of the bow of the LPV. Once I was done and removed the 4ft x 4ft piece, exposed more bales of contraband. Officer Wilde and I started off loading all the bales onto the OTH, the OTH had conducted multiple trips to drop the contraband off to the CGC Active for evidence collection. Approximately 0422z Officer Wilde and I completed the offload of all the bales on the LPV and all the bales were on CGC Active. Approximately 0444z At Sea Space Accountability (ASSA) was complete on the LPV. The weather had made an

17CR3399-CASEPACK-000026

**Statement of Officer Alexander G. Ramos, USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) on October 02, 2017.**

extreme turn for the worst, sea conditions had worsen and the rain was starting to fill the LPV there were many batteries on the LPV and the dangerous of being on the LPV had increased, Officer Wilde and I made the call to CGC Active to get permission to disembark the LPV do to boarding team safety. Approximately 0450z Officer Wilde and I disembarked the LPV and returned back to CGC Active.

This statement is true and accurate to the best of my knowledge

**Statement of DC2 Jesus Guevara Jr., USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) On October 02, 2017.**

I am DC2 Jesus Guevara Jr., currently assigned to CGC ACTIVE. I am a qualified Level 3 Spanish Interpreter. On 02 October 2017, CGC ACTIVE was conducting a counter-narcotics patrol in the Eastern Pacific Ocean. At approximately 1800Z, CGC ACTIVE boarding team was called into CIC (Combat Information Center) for information regarding a Target of Interest (TOI) detected by a Maritime Patrol Aircraft a few miles from our location. The style of the vessel was described to us as possible Low Profile Vessel (LPV). At 1830Z CGC Active set LE Phase 1.

At approximately 1905Z, LE Phase 2 was set and I was assigned as the Spanish Interpreter for the boarding team tasked to help intercept the LPV. My boarding team was led by Boarding Officer Alexis Wilde, and consisted of the following team members: Coxswain BM2 Joseph Stadmeyer, Boat Engineer MK3 Jeffrey Spies, Boarding Team Member MK2 Alexander Ramos, and Boarding Team Member ME3 Joshua Frazier. Once geared and briefed on the foc'sle by the Commanding Officer and GAR score conducted, we launched a small boat from CGC ACTIVE at 1920Z and transited to the position of the target vessel approximately 12NM from position.

An hour and a half after launching and searching, we approached the vessel which was dead in the water with 03 POB visible at the time. Both Officer Ramos and Officer Frazier covered our bow with their Personal Defense Weapons (PDW) as we neared the vessel and then immediately demanded the POB to raise and show their hands. I repeated their commands in Spanish. 02 POB were compliant while one disappeared back inside the vessel. Seconds later the 3rd POB resurfaced with a 4th member following behind. The following are the questions Officer Ramos asked me to translate for the crew onboard the LPV.

**Statement of DC2 Jesus Guevara Jr., USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) On October 02, 2017.**

1. Q: Did you open the scuttling valve? Is your boat sinking?

    A: All members shook their heads indicating "no".

2. Q: Who is the Master?

    A: The older man of the group with a beard and white hairs raised his hand in response to the question.

3. Q: Without reaching or touching them, do you have any weapons on you?

    A: All members shook their heads indicating "no".

With now 04 POB, the boarding team had me translate and explain to them that they will be coming onboard our small boat. One by one, the crew was carefully embarked onto the OTH Mark IV, frisked, given a life preserver and cuffed for the boarding team's protection. I assisted in translating commands directed by the boarding team during the process.

The vessel appeared to be approximately 35 to 40 feet in length. The vessel was fully covered from bow to stern resembling an SPSS (Single Propelled Semi-Submersible) with the exception of the 04 outboard YAMAHA engines. The entire vessel was gray with no markings and had a lid cover with three to four 90 degree PVC elbows attached to it near the 04 outboard engines which led into the interior of the vessel. The description of the 04 POB were as follows: all of them were wearing rain gear, 02 had blue life preservers. Outside the vessel were no visible fishing gear, and in the bow was a line with a 7ft bamboo stick tied to the end.

All crew members from the LPV were moved to OTH, BO Wilde began to conduct a Right of Visit (ROV) questionnaire to determine the vessel's nationality. Using a list of standard ROV

questions, Officer Wilde began to read the questions while I translated them in Spanish to NEDER QUINONES VIVAS. The following are the questions and the master's responses.

1. Q: What is your Nationality?

   A: Colombian.

2. Q: Where is your Vessel from?

   A: Colombia

3. Q: What is the name of your Vessel?

   A: No name.

4. Q: Do you have a registration number for your vessel?

   A: No.

5. Q: How long have you been underway?

   A: Since previous Sunday (indicating 24th September 2017).

6. Q: Where were you headed to? Your final destination?

   A: Here (indicating our current position)

7. Q: What is the purpose of your voyage?

   A: Meet up with a few other people.

8. Q: Where are the other people coming from?

   A: From the coast. Been sitting here waiting on orders.

9. Q: Do you have any identification? Cedulas?

   A: He pointed at a small black toiletry style bag with multiple zippers and compartments.

**Statement of DC2 Jesus Guevara Jr., USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) On October 02, 2017.**

BO Wilde wrote down the information and reported the name of the Master and answers to the ROV questions to CGC ACTIVE over the radio.

Officer Wilde and I began to ask each individual to identify their corresponding toiletry styles bags and pull out their cedula. One member had a wallet. All names and information were written down by the BO and passed to CGC ACTIVE.

While waiting for permission to conduct an LE boarding of the LPV, the 04 POB remained on the forward section of the OTH.

Upon notification that boarding team had permission to conduct LE boarding of the LPV, both Officer Wilde and Officer Ramos embarked the gray vessel. Coxswain Stadmeyer, Boat Engineer Spies, Officer Frazier and I remained on the OTH.

At approximately 2037Z on 02 October 2017, CGC ACTIVE sent over a relief crew on the second small boat to stay on scene with BO Wilde and Officer Ramos. The relief team consisted of BM2 Andrew Walz, MK1 David Kenton, and OS2 Kenneth Aud. The 04 crewmembers of the LPV were then transferred from the OTH to CGC ACTIVE for further processing.

While disembarking the 04 detainees, a radio call from the second small boat indicated they had mechanical issues and required assistance. Coxswain Stadmeyer, Boat Engineer Spies, myself and the addition of ME3 Jeffrey Wilkerson returned to the OTH to assist the disabled small boat and go back on scene to provide assistance to the LPV boarding team. OS2 Aud disembarked from the second small boat to assist on the OTH and LPV.

**Statement of DC2 Jesus Guevara Jr., USCG concerning the boarding of the unnamed Low Profile Vessel (LPV) On October 02, 2017.**

Arriving on scene, the boarding team already onboard the LPV pulled out 05 bales within hands reaches of the entrance to the vessel. The tightly packed packages of white substance later tested positive for cocaine. The bales were loaded to the OTH upon completion of testing.

Minutes later, CGC ACTIVE gave the Boarding Team permission to cut a 4' x 4' square at the forward section of the LPV for further inspection. Once section was removed, numerous bales were visible and passed over to the OTH for transfer to CGC ACTIVE. Approximately 69 bales of cocaine were removed from the LPV and transferred to CGC ACTIVE. Around the last bale offload, at approximately 0400Z, I disembarked the OTH and returned to the cutter for further tasking.

This statement is true to the best of my knowledge.


Jesus Guevara Jr.

17CR3399-CASEPACK-000032