# EXHIBIT 2




**United States Department of State**

*Washington, D.C. 20520*

November 03, 2017

# CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING GO FAST VESSEL UNKNOWN (WITHOUT NATIONALITY) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2017986405

I, Commander Francis J. DelRosso, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since July 13, 2016.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

    a. On October 2, 2017, United States law enforcement personnel detected a go fast vessel in approximate position 08-00N and 087-02W, seaward of the territorial sea of any State. United States law enforcement personnel reasonably suspected the vessel of illicit drug trafficking. United States law enforcement officials conducted right-of-approach questioning, during which the master made a verbal claim of Colombian nationality for the vessel.

    b. On October 2, 2017, pursuant to paragraph 7 of the Agreement between the Government of the United States of America and the Government of the Republic of Colombia to Suppress Illicit Traffic by Sea, the Government of the United States requested that the Government of the Republic of Colombia confirm or deny the vessel's registry, and if confirmed, grant authorization to board and search the vessel.

    c. On October 2, 2017, the Government of the Republic of Colombia replied that it could neither confirm nor refute the vessel's registry or nationality.

    d. Accordingly, the Government of the United States determined the vessel was without nationality in accordance with 46 U.S.C. § 70502(d)(1)(C), rending the vessel subject to the jurisdiction of the United States, pursuant to 46 U.S.C. § 70502(c)(1)(A).

18005269-11

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

That Francis J. DelRosso, whose name is subscribed to the document hereunto annexed, at the time of subscribing the same Commander, U.S. Coast Guard Maritime Law Enforcement Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this second day of November, 2017.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, of Sept. 15, Stat. 68 USC 2657; C 2651a; 301; 28 US et. seq.; 1443(f); RU Federal R Civil Procedure*

17CR3399-MDLEACERT-000002

e. During the course of the law enforcement boarding, United States law enforcement officials recovered approximately 1500 kilograms of contraband, which tested positive as cocaine.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 03, 2017.

*[signature]*

Francis J. DelRosso
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State